# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: GROMMES, JASON JOHN | § Case No. 07-71798 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within    21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 01/25/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  12/19/2011        By:  /s/BERNARD J. NATALE
                                                           Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: GROMMES, JASON JOHN § Case No. 07-71798
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 2,501.95 |
| *and approved disbursements of* | $ 104.80 |
| *leaving a balance on hand of* [1] | $ 2,397.15 |
| **Balance on hand:** | $ 2,397.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Snap-On Credit LLC | 2,124.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 2,397.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 625.49 | 0.00 | 625.49 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,300.00 | 0.00 | 1,300.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 75.70 | 0.00 | 75.70 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,001.19 |
| Remaining balance: | $ 395.96 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 395.96 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 395.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,206.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Heather Grommes | 0.00 | 0.00 | 0.00 |
| 3 | Candace And Delbert Brandt | 4,100.00 | 0.00 | 144.86 |
| 4 | AmeriCredit | 3,884.86 | 0.00 | 137.26 |
| 5 | US Department of Education | 2,980.76 | 0.00 | 105.31 |
| 6 | Verizon North Inc | 241.36 | 0.00 | 8.53 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 395.96 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $    0.00
Remaining balance:  $    0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 07-71798-MB
Jason John Grommes                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 3                 Date Rcvd: Jan 04, 2012
                              Form ID: pdf006             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2012.
```
db       #+Jason John Grommes,    205 S. Hickory St.,    Waterman, IL 60556-9831
11541914 ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
          (address filed with court: AmeriCredit,   % Alice Whitten,   PO Box 183853,
          Arlington, TX 76096)
11512222  Associates For Endodontics,    720 S. Brom, Suite 102,    Naperville, IL  60540-6533
11512219 +Attorney Edward J Varga,    1700 N Farnsworth Ave  Suite 11,    Aurora, IL 60505-1186
11512223 +Attorney Michael Funkey,    60 East Downer Place,    P.O. Box 97,    Aurora, IL 60507-0097
11512224 +C.B. Accounts, Inc. -Ntl Communication,    1101 Main St,    Peoria, IL 61606-1928
11512225 +Candace And Delbert Brandt,    272 Snow Street,    Sugar Grove, IL 60554-5204
11512227 +Consultants In Diag Imaging,    1415 W. 55th St.,    Countryside, IL 60525-6536
11512228 +Elburn Dental PC,   135 S. Main Street,    P. O. Box 190,    Elburn, IL 60119-0190
11512230  Goggins & Lavintman, P. A.,    Attorneys At Law,    P. O. Box 21129,    Eagan, MN  55121-0129
11512218 +Grommes Jason John,    211 W Woodlawn Ave,    Unit B,    Hinckley, IL 60520-9548
11512231 +Heather Grommes,    272 Snow St.,    Sugar Grove, IL 60554-5204
11512232 +Hinckley PPD,   P. O. Box 457,    Wheeling, IL 60090-0457
11512233  IL Dept Of Employment Security,    Benefits Repayments,    P. O. Box 19286,
          Springfield, IL  62794-9286
11512234  Joseph, Mann & Creed,    P. O. Box 22253,    Beachwood, OH  44122-0253
11512235 +Key Business Services, Inc.,    Matco Tools - James Korbal,    P. O. Box 749,
          Hinckley, IL 60520-0749
11512236 +Khanna, Ramesh MD,    %The Bureaus, Inc.,    1717 Central St,    Evanston, IL 60201-1590
11512237 ++MEDIACOM COMMUNICATIONS CORPORATION,    ATTN ERIK MIRROW,    100 CRYSTAL RUN ROAD,
          MIDDLETOWN NY 10941-4048
          (address filed with court: Mediacom,    P. O. Box 334,    Chillicothe, IL  61523-0334)
11512238 +Mid-Atlantic Finance Company,    C/O Cal Cars,    1230 East State Street,    Rockford, IL 61104-2230
11512243  NCO Financial Systems, Inc.,    Dept. 22,    P. O. Box 4907,    Trenton, NJ  08650-4907
11512240 +National Payment Center,    US Dept Of Education,    P. O. Box 169,    Greenville, TX 75403-0169
11512241 +National Revenue Corporation,    4000 E. 5th Ave.,    Columbus, OH 43219-1811
11512244  Pellettieri & Assoc., LTD,    991 Oak Creek Dr,    Lombard, IL  60148-6408
11512246 +Rockford Mercantile Agency Inc,    2502 S Alpine Rd,    Rockford, IL 61108-7813
11512247 ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
          (address filed with court: Snap On Credit,    950 Technology Way, Suite 301,
          Libertyville, IL  60048)
11512248  Sprint,   P. O. Box 541023,    Los Angeles, CA  90054-1023
12170794 +US Department of Education,    PO Box 13328,    Richmond, VA 23225-0328
11512250 +Valley West Community Hospital,    P.O.Box 739,    Moline, IL 61266-0739
11512251 +Vengroff, Williams & Associates, Inc.,    777 Larkfield Rd., Suite 116,    Commack, NY 11725-3194
11512253 #+Village Of Hinckley,    P. O. Box 1203,    Hinckley, IL 60520-1203
11512254  Wells Fargo Bank,    P. O. Box 29704,    Phoenix, AZ  85038-9704
11512255  Xelco Collection Services Inc.,    P. O. Box 378130,    Denver, CO  80237-8130
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11512220 +E-mail/PDF: recoverybankruptcy@afninet.com Jan 05 2012 04:31:52     AFNI - BLOOM,   404 Brock Dr.,
          Bloomington, IL 61701-2654
11512221  E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 05 2012 03:17:59     Asset Acceptance LLC,
          P. O. Box 2036,    Warren, MI  48090-2036
11512226 +E-mail/Text: legalcollections@comed.com Jan 05 2012 03:18:27     Com Ed,   Bill Pymt Cntr,
          Chicago, IL 60668-0001
11512239  E-mail/Text: brenden.magnino@mcmcg.com Jan 05 2012 03:18:00     Midland Credit Management, Inc.,
          Department 8870,    Los Angeles, CA  90084-8870
11512245 +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Jan 05 2012 03:17:59
          Retrieval Masters Creditors Bureau Inc,    2269 S. Saw Mill River Rd., Bldg 3,
          Elmsford, NY 10523-3848
11512249 +E-mail/Text: bankruptcy@cottonwoodfinancial.com Jan 05 2012 03:19:59     The Cash Store,
          1901 Gateway Dr., Suite 200,    Irving, TX 75038-2425
11512252 +E-mail/PDF: bankruptcyverizoncom@afni.com Jan 05 2012 04:31:55     Verizon North,
          P.O.Box 920041,    Dallas, TX 75392-0041
12270106 +E-mail/PDF: bankruptcyverizoncom@afni.com Jan 05 2012 04:31:55     Verizon North Inc,
          AFNI/Verizon,    404 Brock Dr,    Bloomington IL 61701-2654
                                                                                              TOTAL: 8
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11534686* ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
          (address filed with court: Snap-on Credit LLC,    950 Technology Way Ste 301,
          Libertyville, IL  60048)
11512229 ##+First Financial Asset Mgmt, Inc.,    P. O. Box 6887,    Miramar Beach, FL 32550-1006
11512242 ##Nationwide Credit, Inc.,    P. O. Box 740640,    Atlanta, GA  30374-0640
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: vgossett           Page 2 of 3                   Date Rcvd: Jan 04, 2012
                              Form ID: pdf006          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett           Page 3 of 3            Date Rcvd: Jan 04, 2012
                              Form ID: pdf006          Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2012 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Edward J Varga    on behalf of Debtor Jason Grommes jeepcreep58@aol.com, rvlawfirm@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Terri M Long    on behalf of Creditor  Wells Fargo Auto Finance, Inc. Courts@tmlong.com
                                                                                             TOTAL: 5