**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: GROMMES, JASON JOHN  §  Case No. 07-71798
 §
 §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $23,900.00                   Assets Exempt: $9,635.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $395.96       Claims Discharged
                                               Without Payment: $35,607.26

Total Expenses of Administration: $2,105.99

    3) Total gross receipts of $ 2,501.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,501.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,592.00 | $2,124.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,105.99 | 2,105.99 | 2,105.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,381.24 | 11,206.98 | 11,206.98 | 395.96 |
| **TOTAL DISBURSEMENTS** | $61,973.24 | $15,436.97 | $13,312.97 | $2,501.95 |

    4) This case was originally filed under Chapter 7 on July 30, 2007. The case was pending for 59 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2012          By: /s/BERNARD J. NATALE
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tools | 1129-000 | 2,498.30 |
| Interest Income | 1270-000 | 3.65 |
| **TOTAL GROSS RECEIPTS** | | **$2,501.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Snap-On Credit LLC | 4220-000 | 2,205.00 | 2,124.00 | 0.00 | 0.00 |
| NOTFILED | Key Business Services, Inc. Matco Tools - James Korbal | 4110-000 | 111.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid-Atlantic Finance Company C/O Cal Cars | 4110-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 4110-000 | 15,376.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$19,592.00** | **$2,124.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 75.70 | 75.70 | 75.70 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 625.49 | 625.49 | 625.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.80 | 4.80 | 4.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,105.99 | $2,105.99 | $2,105.99 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Heather Grommes | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 | Candace And Delbert Brandt | 7100-000 | 14,600.00 | 4,100.00 | 4,100.00 | 144.86 |
| 4 | AmeriCredit | 7100-000 | N/A | 3,884.86 | 3,884.86 | 137.26 |
| 5 | US Department of Education | 7100-000 | 2,744.00 | 2,980.76 | 2,980.76 | 105.31 |
| 6 | Frontier Communications - Bankruptcy Dept | 7100-000 | 241.00 | 241.36 | 241.36 | 8.53 |
| NOTFILED | Pellettieri & Assoc., LTD | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems, Inc. | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit, Inc. | 7100-000 | 482.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | 7100-000 | 575.00 | N/A | N/A | 0.00 |
| NOTFILED | Khanna, Ramesh MD %The Bureaus, Inc. | 7100-000 | 272.00 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom | 7100-000 | 719.00 | N/A | N/A | 0.00 |
| NOTFILED | National Revenue Corporation | 7100-000 | 482.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile Agency Inc | 7100-000 | 882.00 | N/A | N/A | 0.00 |
| NOTFILED | Retrieval Masters Creditors Bureau Inc | 7100-000 | 16.00 | N/A | N/A | 0.00 |
| NOTFILED | Vengroff, Williams & Associates, Inc. | 7100-000 | 3,753.00 | N/A | N/A | 0.00 |
| NOTFILED | Valley West Community Hospital | 7100-000 | 2,771.00 | N/A | N/A | 0.00 |
| NOTFILED | Village Of Hinckley | 7100-000 | 92.24 | N/A | N/A | 0.00 |
| NOTFILED | Xelco Collection Services Inc. | 7100-000 | 42.00 | N/A | N/A | 0.00 |
| NOTFILED | The Cash Store | 7100-000 | 435.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph, Mann & Creed | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | Elburn Dental PC | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | IL Dept Of Employment Security Benefits Repayments | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | AFNI - BLOOM | 7100-000 | 241.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance LLC | 7100-000 | 968.00 | N/A | N/A | 0.00 |
| NOTFILED | Associates For Endodontics | 7100-000 | 1,044.00 | N/A | N/A | 0.00 |
| NOTFILED | C.B. Accounts, Inc. -Ntl Communication | 7100-000 | 1,858.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorney Michael Funkey | 7100-000 | 1,595.00 | N/A | N/A | 0.00 |
| NOTFILED | First Financial Asset Mgmt, Inc. | 7100-000 | 4,439.00 | N/A | N/A | 0.00 |
| NOTFILED | Goggins & Lavintman, P. A. Attorneys At Law | 7100-000 | 194.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Consultants In Diag Imaging | 7100-000 | 745.00 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed Bill Pymt Cntr | 7100-000 | 723.00 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed Bill Pymt Cntr | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinckley PPD | 7100-000 | 368.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $42,381.24 | $11,206.98 | $11,206.98 | $395.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-71798  **Trustee:** (330370)  BERNARD J. NATALE
**Case Name:** GROMMES, JASON JOHN  **Filed (f) or Converted (c):** 07/30/07 (f)
  **§341(a) Meeting Date:** 08/30/07
**Period Ending:** 06/20/12  **Claims Bar Date:** 06/05/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 2 | Landlord's security deposit | 625.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household misc items | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Rifles, shot guns | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Comerica - Carpenter's Union Retirement Savings | 155.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1992 Buick LeSabre (Debtor Owes $1,900) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2001 Dodge Ram (Debtor Owes $15,136) | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Tools | 5,000.00 | 8,195.00 | DA | 2,498.30 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.65 | FA |
| 10 | Assets Totals (Excluding unknown values) | **$23,900.00** | **$8,195.00** | | **$2,501.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED DECEMBER 2011.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008   **Current Projected Date Of Final Report (TFR):**   December 16, 2011  (Actual)

Printed: 06/20/2012 04:02 PM    V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-71798  
**Case Name:** GROMMES, JASON JOHN  
**Taxpayer ID #:** **-***6324  
**Period Ending:** 06/20/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****65-65 - Money Market Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/25/08 | {9} | JOHN P. GROMMES AND SHERRY A. GROMMES | COMPROMISE - TOOLS | 1129-000 | 1,500.00 | | 1,500.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.03 | | 1,500.03 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.30 | | 1,500.33 |
| 08/06/08 | {9} | JASON JOHN GROMMES | COMPROMISE | 1129-000 | 100.00 | | 1,600.33 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.29 | | 1,600.62 |
| 09/11/08 | {9} | JASON JOHN GROMMES | COMPROMISE | 1129-000 | 100.00 | | 1,700.62 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.34 | | 1,700.96 |
| 10/27/08 | {9} | JASON GROMMES | COMPROMISE - PYMTS FOR 09/08 AND 10/08 | 1129-000 | 200.00 | | 1,900.96 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 0.32 | | 1,901.28 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 0.22 | | 1,901.50 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.16 | | 1,901.66 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.09 | | 1,901.75 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.08 | | 1,901.83 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.09 | | 1,901.92 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.09 | | 1,902.01 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.09 | | 1,902.10 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.09 | | 1,902.19 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.09 | | 1,902.28 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.09 | | 1,902.37 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 1,902.46 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,902.53 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,902.61 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,902.69 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,902.76 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,902.83 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,902.91 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 1,902.92 |
| 04/06/10 | | Wire out to BNYM account 9200******6565 | Wire out to BNYM account 9200******6565 | 9999-000 | -1,902.92 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -1,902.92 | 0.00 | |
| | | | **Subtotal** | | 1,902.92 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,902.92** | **$0.00** | |

{} Asset reference(s)

Printed: 06/20/2012 04:02 PM     V.13.02

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-71798  
**Case Name:** GROMMES, JASON JOHN  

**Taxpayer ID #:** **-***6324  
**Period Ending:** 06/20/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-65 - Money Market Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 |  | Wire in from JPMorgan Chase Bank, N.A. account ********6565 | Wire in from JPMorgan Chase Bank, N.A. account ********6565 | 9999-000 | 1,902.92 |  | 1,902.92 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.08 |  | 1,903.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.11 |  | 1,903.11 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.11 |  | 1,903.22 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.11 |  | 1,903.33 |
| 08/09/10 | {9} | Jason Grommes | Payment on Compromise | 1129-000 | 50.00 |  | 1,953.33 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.10 |  | 1,953.43 |
| 09/13/10 | {9} | Jason Grommes | Payment on Compromise Re: Tools | 1129-000 | 50.00 |  | 2,003.43 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 2,003.44 |
| 10/14/10 | {9} | JASON J GROMMES | COMPROMISE | 1129-000 | 50.00 |  | 2,053.44 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 2,053.45 |
| 11/16/10 | {9} | Jason Grommes | Payment on Compromise | 1129-000 | 143.75 |  | 2,197.20 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 2,197.21 |
| 12/16/10 | {9} | Jason Grommes | Pymt on Compromise | 1129-000 | 62.81 |  | 2,260.02 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 2,260.03 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 2,260.04 |
| 02/17/11 | {9} | Jason Grommes | Pymt on Compromise for Tools | 1129-000 | 50.00 |  | 2,310.04 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 2,310.05 |
| 03/25/11 | {9} | Jason Grommes | Pymt on Compromise Re: Tools | 1129-000 | 50.00 |  | 2,360.05 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 2,360.06 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 2,360.07 |
| 05/04/11 | {9} | Jason Grommes | Payment on Compromise Re: Tools | 1129-000 | 58.73 |  | 2,418.80 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 |  | 2,418.82 |
| 06/13/11 | {9} | Jason Grommes | Compromise on Tools | 1129-000 | 83.01 |  | 2,501.83 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 |  | 2,501.85 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 |  | 2,501.87 |
| 08/01/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 4.80 | 2,497.07 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 |  | 2,497.09 |
| 08/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 2,472.09 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 |  | 2,472.11 |
| 09/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 2,447.11 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 |  | 2,447.13 |
| 10/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 2,422.13 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 2,422.14 |
| 11/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 2,397.14 |
| 12/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 |  | 2,397.15 |

Subtotals :   $2,501.95   $104.80

{} Asset reference(s)

Printed: 06/20/2012 04:02 PM     V.13.02

Case 07-71798    Doc 91    Filed 07/05/12    Entered 07/05/12 17:16:09    Desc Main
         Document      Page 10 of 12

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-71798
**Case Name:** GROMMES, JASON JOHN

**Taxpayer ID #:** **-***6324
**Period Ending:** 06/20/12

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******65-65 - Money Market Account
**Blanket Bond:** $606,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/11 | | To Account #9200******6566 | Final Report | 9999-000 | | 2,397.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,501.95** | **2,501.95** | **$0.00** |
| | | | Less: Bank Transfers | | 1,902.92 | 2,397.15 | |
| | | | **Subtotal** | | **599.03** | **104.80** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$599.03** | **$104.80** | |

{} Asset reference(s)                                                                 Printed: 06/20/2012 04:02 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-71798  
**Case Name:** GROMMES, JASON JOHN  
**Taxpayer ID #:** **-***6324  
**Period Ending:** 06/20/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/11 | | From Account #9200******6565 | Final Report | 9999-000 | 2,397.15 | | 2,397.15 |
| 01/26/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $625.49, Trustee Compensation;  Reference: | 2100-000 | | 625.49 | 1,771.66 |
| 01/26/12 | 102 | Candace And Delbert Brandt | Distribution paid   3.53% on $4,100.00; Claim# 3; Filed: $4,100.00; Reference: 6673 | 7100-000 | | 144.86 | 1,626.80 |
| 01/26/12 | 103 | AmeriCredit | Distribution paid   3.53% on $3,884.86; Claim# 4; Filed: $3,884.86; Reference: 4942/265788 | 7100-000 | | 137.26 | 1,489.54 |
| 01/26/12 | 104 | US Department of Education | Distribution paid   3.53% on $2,980.76; Claim# 5; Filed: $2,980.76; Reference: 6673 | 7100-000 | | 105.31 | 1,384.23 |
| 01/26/12 | 105 | Verizon North Inc | Distribution paid   3.53% on $241.36; Claim# 6; Filed: $241.36; Reference: 815-286-3917 Voided on 03/05/12 | 7100-003 | | 8.53 | 1,375.70 |
| 01/26/12 | 106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,375.70 | 0.00 |
| | | | Dividend paid 100.00%   1,300.00 on $1,300.00;  Claim# ATTY; Filed: $1,300.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   75.70 on $75.70;  Claim# EXP; Filed: $75.70 | 3120-000 | | | 0.00 |
| 03/05/12 | 105 | Verizon North Inc | Distribution paid   3.53% on $241.36; Claim# 6; Filed: $241.36; Reference: 815-286-3917 Voided: check issued on 01/26/12 | 7100-003 | | -8.53 | 8.53 |
| 03/05/12 | 107 | Frontier Communications - Bankruptcy Dept | Ref # 815-286-3917 | 7100-000 | | 8.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,397.15** | **2,397.15** | **$0.00** |
| | | | Less: Bank Transfers | | 2,397.15 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **2,397.15** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,397.15** | |

{} Asset reference(s)

Printed: 06/20/2012 04:02 PM     V.13.02

Case 07-71798    Doc 91    Filed 07/05/12    Entered 07/05/12 17:16:09    Desc Main
                            Document      Page 12 of 12

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 07-71798 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** GROMMES, JASON JOHN | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******65-66 - Checking Account |
| **Taxpayer ID #:** **-***6324 | **Blanket Bond:** $606,000.00 (per case limit) |
| **Period Ending:** 06/20/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 2,501.95
───────────
Net Estate : $2,501.95

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****65-65** | 1,902.92 | 0.00 | 0.00 |
| **MMA # 9200-******65-65** | 599.03 | 104.80 | 0.00 |
| **Checking # 9200-******65-66** | 0.00 | 2,397.15 | 0.00 |
| | $2,501.95 | $2,501.95 | $0.00 |

{} Asset reference(s)                                          Printed: 06/20/2012 04:02 PM    V.13.02